## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAUL JOSEPH PAVALONE

    Plaintiff,

      v.

GEORGE W. BUSH, ET AL.,

    Defendant

No. 3:11-CV-1620

(JUDGE CAPUTO)

(MAGISTRATE JUDGE MANNION)

## ORDER

**NOW** this __3rd__ day of May 2012, upon review of Magistrate Judge Mannion's Report and Recommendation (Doc. 6) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1)    The Report and Recommendation (Doc. 6) is **ADOPTED.**

(2)    Plaintiff's Complaint  (Doc. 1) is **DISMISSED.**

(3)    The Clerk of Court is ordered to mark this matter as **CLOSED.**

A. Richard Caputo
United States District Judge